CHARLES J. WATKINS, Respondent, v. S. C. EDGAR, Appellant.

**St. Louis Court of Appeals, April 29, 1902.**

**Constitutional Question:** CONSTITUTIONAL AMENDMENT: VER-DICT OF NINE JURORS: JURISDICTION: SUPREME COURT: TRANSFER TO SUPREME COURT. A constitutional question, which will authorize a case to be transferred to the Supreme Court, is raised when the validity of the adoption of the amendment to the Constitution authorizing nine jurors to find a verdict in a civil suit, is challenged by the appellant in the trial court and a ruling adverse to his contention is made, the verdict having been rendered by nine jurors.

Appeal from St. Louis City Circuit Court.—*Hon. Selden P. Spencer,* Judge.

TRANSFERRED TO SUPREME COURT.

No briefs.

BLAND, P. J.—The validity of the adoption of the amendment of the Constitution, authorizing nine jurors to find a verdict in a civil suit, was raised by the appellant in the trial court and a ruling of that court adversely to his contention was made, the verdict having been rendered by nine of the twelve jurors.

We find a constitutional question is raised by appellant, which was decided adversely to him; therefore, we transfer the case to the Supreme Court for its disposition. *Barclay,* and *Goode, JJ.,* concur.